[No. 29062-2-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A.M., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 90-8-00066-1, Richard L. Pitt, J., entered August 16, 1991. *Reversed* by unpublished per curiam opinion.

[No. 28607-2-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL D. WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00030-8, Larry A. Jordan, J., entered May 20, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 25133-3-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EARL JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01419-6, Anne L. Ellington, J., entered November 7, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 27542-9-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FLORA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-1-00234-8, Stanley K. Bruhn, J., entered November 30, 1990. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Pekelis, JJ. Now published at 68 Wn. App. 803.